**Electronically Filed**
**Supreme Court**
**SCWC-21-0000646**
**15-DEC-2022**
**08:09 AM**
**Dkt. 13 ODAC**

SCWC-21-0000646

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

WN, Petitioner/Petitioner-Appellant,

vs.

SM, Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000646; FC-M No. 14-1-0034K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Petitioner-Appellant WN's application for

writ of certiorari filed October 25, 2022, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 15, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

